THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Derwin D. Evans, Appellant.
 
 
 

Appeal From Orangeburg County
Howard P. King, Circuit Court Judge
Unpublished Opinion No. 2009-UP-183
Submitted April 1,2009  Filed May 4, 2009   
APPEAL DISMISSED

 
 
 
 Chief Appellate Defender Joseph L. Savitz, III, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, and Assistant Deputy Attorney General Salley W.
 Elliott, all of Columbia; and Solicitor David M. Pascoe, Jr., of Summerville, for
 Respondent.
 
 
 

PER CURIAM:  Derwin D. Evans appeals his convictions for
 distribution of crack cocaine, and distribution of crack cocaine within
 proximity of a school or park.  Evans argues the trial court erred by allowing a
 confidential informant to testify that she purchased crack cocaine from him in
 the past, as this evidence of uncharged prior bad acts placed his character in
 issue and was, in any case, unduly prejudicial.  After a thorough review of the record and counsel's brief
 filed pursuant to Anders v. California, 386 U.S. 738 (1967), and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and
 grant counsel's motion to be relieved.[1] 
APPEAL
 DISMISSED.  
SHORT,
 THOMAS, and GEATHERS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.